UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:23-cr-144-SPC-KCD

EVAN GRAVES

## ORDER

In June 2024, Defendant Evan Graves was sentenced by this Court. (Doc. 53-54). At the sentencing hearing, the Court set Defendant's restitution hearing for Tuesday, September 3, 2024. Defendant requested to be present and participate in the restitution hearing. (Doc. 53). Accordingly, the Court directed Defendant remain in local BOP custody pending resolution of restitution. (Doc. 53). On July 2, 2024, the Court issued a separate Notice of Hearing directing Defendant to be transported to attend his restitution hearing. (D.E. 61).

The Court now **ORDERS** that the United States Marshals Service **TRANSPORT** Defendant Evan Graves to the federal courthouse in Fort Myers, Florida by 9:00 am on **September 3, 2024**, to attend the restitution hearing in his case. Defendant may be returned to his assigned BOP facility at the conclusion of the hearing unless this Court directs otherwise.

**DONE AND ORDERED** in Fort Myers, Florida on August 27, 2024.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
U.S. Marshal – FTM Office
Counsel of Record